AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Akot Akot
_Plaintiff(s)_

v.

Florida time union
and Social Security
office
_Defendant(s)_

Civil Action No. _____

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Florida time union
and Social Security
Administrations office

[Handwritten annotations in right margin:]
I, was diable making
Living on Social Security
return to work.
I, did work
7 days A week
without no day
off - company
refuse giving
me, pay check
and Social Security
cut my, income
cause me to quit

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/20/2025

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Social Security__
was received by me on *(date)* __Cut, my Benefits__

☐ I personally served the summons on the individual at *(place)* __income, Support me__
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __3/20/2025__   __Akot Akot__
                    Server's signature

__Akot Akot__
Printed name and title

__1038 Caliente Dr Apt 17__
__Jacksonville FL 32211__
Server's address

Additional information regarding attempted service, etc: